IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

DINEEN JORDAN,

    Plaintiff,

v.                          No. 13-1002

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DIRECTING DEFENDANT TO FILE ANSWER
_____

On January 2, 2013, the *pro se* Plaintiff, Dineen Jordan, filed a complaint against Defendant, Commissioner of Social Security. (Docket Entry ("D.E.") 1.) She also applied to the Court for leave to proceed *in forma pauperis*, which was granted on January 4, 2013. (D.E. 2, 3.) On March 28, 2013, Defendant filed a motion seeking dismissal of the complaint or, alternatively, an order from this Court directing Plaintiff to file a more definite statement pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(e), respectively. (D.E. 8.) In a report and recommendation entered on August 12, 2016, United States Magistrate Judge Tu Pham recommended that Defendant's motion be denied and that the Commissioner be ordered to answer. (D.E. 19.) No objections to the report and recommendation have been filed, and the deadline for doing so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon careful review of the report and recommendation, the dispositive motion, and the relevant documents in the record, the Court finds the recommendation is correct in all respects. Accordingly, the report and recommendation is ADOPTED as the order of the Court. The

1

Defendant's motion is DENIED, and the Commissioner is ORDERED to file an answer to the complaint along with a certified copy of the record below, including the evidence upon which the findings and decision complained of are based.

    IT IS SO ORDERED this 7th day of September 2016.

                                      s/ J. DANIEL BREEN
                                      CHIEF UNITED STATES DISTRICT JUDGE